Oral argument by petitioners and respondents on the questions stated in this paragraph is hereby scheduled in this Court at 11 a.m., Friday, March 5, 1982.

12. IT IS HEREBY FURTHER ORDERED that the motion to intervene heretofore filed in this matter by Coleman A. Young and the Detroit Branch, NAACP, is considered as a motion for leave to file a brief amicus curiae on the questions stated in paragraph 11 above. So considered the motion is granted provided 17 typewritten copies of such brief are filed with the Court by 4 p.m., Tuesday, March 2, 1982, and one copy actually concurrently served on the attorney for the petitioners herein and the attorney for the respondents herein. By copy of this order the Attorney General is also invited and requested to file and serve a brief amicus curiae on the questions stated in paragraph 11, on the same terms and conditions specified in this paragraph.

FEBRUARY 26, 1982

PEOPLE v CARTER. (Docket No. 66273.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Principal Attorney, Appeals, and *Don W. Atkins,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *Derrick A. Carter,* Assistant Defender, for defendant-appellant. Reported *ante,* 214.

RASKA v FARM BUREAU MUTUAL INSURANCE COMPANY OF MICHIGAN. (Docket No. 63507.) Rehearing denied. *Jack C. Chilingirian* for plaintiffs-appellants. Reported *ante,* 355.